# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> SMITH, MELISSA A. <br><br> RAPACZ, MELISSA A <br><br> Debtor(s) | CHAPTER 7 -- Liquidation <br><br> CASE NO. 07-72558 MB <br><br> HONORABLE MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1. JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/23/07. An order for relief under Chapter 7 was entered on 10/23/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of November 17, 2008 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | 191,099.28 |
| b. | DISBURSEMENTS (See Exhibit C) | | 22,436.52 |
| c. | NET CASH available for distribution | | 168,662.76 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
|   | 1. | Trustee compensation requested (See Exhibit E.) | 12,804.96 |
|   | 2. | Trustee Expenses (See Exhibit E.) | 6,960.60 |
|   | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 3,110.00 |
|   | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5. The Bar Date for filing unsecured claims expired on 02/28/08. The DIP report was filed on . The Bar Date for filing DIP claims expired on .

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 22,875.56 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 330,185.33 |

7. Trustee proposes that unsecured creditors receive a distribution of 44.15% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $13,480.00. Professional's compensation and expense requested but not yet allowed is $3,110.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $16,590.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: _____

    s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

## NARRATIVE

Case started out as a normal case. Saxon Mortgage filed a Motion for Relief from Stay but did not append a copy of the recorded mortgage. The Trustee objected. At some stage the Trustee reviewed the real estate records in Boone County and determined the mortgage was not recorded. Advised that to Saxon Mortgage & they withdraw their Motion for Relief from Stay. The Trustee took control of the property by having the locks changed and had to notify the Sheriff of Boone County and get a locksmith, etc. Somewhere between when the bankruptcy case was filed and the Trustee got involved, some foreclosure real estate company had taken over the property and dismantled it, shut off the water, disconnected the plumbing fixtures, all the fixtures were removed and some of the shelving, the window downstairs had been broken and looked to be vandalized somewhat. The Trustee had to obtain painters, repairmen for the windows, plaster, reconnecting the fixtures, get the water turned back on. Hired a cleaning crew to clean the place up. Unfortunately, the land management company for the foreclosure company (Trustee assumes) felt compelled to go back and change the locks on the Trustee. Again, the Trustee had to go back, notify the Sheriff and get a locksmith. Posted several notices on the building stating if anyone touched the building threatened some sort of federal sanctions against them and that put a cease to the lock changing. However, the mortgage company then filed another Motion for Relief from the Stay as to the second mortgage which again, the Trustee contested. Finally, the Trustee sold the property and that was the only asset administered by the estate.

## TASKS PERFORMED BY TRUSTEE

1. Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2. Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a.) Avoid mortgages and sell real estate.

3. Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4. Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5. Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6. Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7. Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8. Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9. Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 07-72558 MB
**Case Name:** SMITH, MELISSA A.
**Period Ending:** 11/17/08

**Trustee:** (330400)  JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 10/23/07 (f)
**§341(a) Meeting Date:** 11/20/07
**Claims Bar Date:** 02/28/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 326 Briarwood Drive, Poplar Grove, IL | 310,000.00 | 250,000.00 | | 191,000.00 | FA |
| 2 | Checking account | 36.19 | 0.00 | DA | 0.00 | FA |
| 3 | account Bank | 309.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods and furnishings ow | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary wearing apparel possession | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous jewelry Debtors' possession | 30.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous sports equipment | 15.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2003 Mitsubishi Eclipse; subject to lien of Fift | 12,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 99.28 | FA |
| 9 | Assets Totals (Excluding unknown values) | $324,090.19 | $250,000.00 | | $191,099.28 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008

**Current Projected Date Of Final Report (TFR):** November 12, 2008 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-72558 MB
**Case Name:** SMITH, MELISSA A.
**Taxpayer ID #:** 13-7601711
**Period Ending:** 11/17/08

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****63-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/04/08 | | Title Underwriters Agency | Purchase fo 326 by Linda R. Foreman | | | 168,712.80 | | 168,712.80 |
| | | | 2007 county taxes | -5,580.81 | 4700-000 | | | 168,712.80 |
| | | | 2008 county taxes | -2,180.48 | 4700-000 | | | 168,712.80 |
| | | | Garage Door Openers | -90.00 | 2500-000 | | | 168,712.80 |
| | | | Commission | -13,370.00 | 3510-000 | | | 168,712.80 |
| | | | Title Insurance | -700.00 | 4110-000 | | | 168,712.80 |
| | | | title Insurance Act Fee | -3.00 | 4110-000 | | | 168,712.80 |
| | | | Recording Fees | -40.00 | 2990-000 | | | 168,712.80 |
| | | | City/County tax stamps | -95.50 | 4700-000 | | | 168,712.80 |
| | | | State tax stamps | -191.00 | 4700-000 | | | 168,712.80 |
| | | | Carbon Monoxide Detector | -21.41 | 2500-000 | | | 168,712.80 |
| | | | House deodorizer | -15.00 | 2500-000 | | | 168,712.80 |
| | {1} | | | 191,000.00 | 1110-000 | | | 168,712.80 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 17.29 | | 168,730.09 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 21.44 | | 168,751.53 |
| 07/31/08 | | To Account #********6366 | Pay bond premium | | 9999-000 | | 149.32 | 168,602.21 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 20.04 | | 168,622.25 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 22.12 | | 168,644.37 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 18.39 | | 168,662.76 |

{} Asset reference(s)

**Subtotals:** $168,812.08  $149.32

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-72558 MB
**Case Name:** SMITH, MELISSA A.
**Taxpayer ID #:** 13-7601711
**Period Ending:** 11/17/08

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****63-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 168,812.08 | 149.32 | $168,662.76 |
| | | | Less: Bank Transfers | | 0.00 | 149.32 | |
| | | | Subtotal | | 168,812.08 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $168,812.08 | $0.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-72558 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | SMITH, MELISSA A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7601711 | | Account: | ***-*****63-66 - Checking Account |
| Period Ending: | 11/17/08 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #********6365 | Pay bond premium | 9999-000 | 149.32 | | 149.32 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #07-72558, Bond Number 016018067 | 2300-000 | | 149.32 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 149.32 | 149.32 | $0.00 |
| Less: Bank Transfers | 149.32 | 0.00 | |
| Subtotal | 0.00 | 149.32 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $149.32 | |

| Net Receipts : | 168,812.08 |
|---|---|
| Plus Gross Adjustments : | 22,287.20 |
| Net Estate : | $191,099.28 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****63-65 | 168,812.08 | 0.00 | 168,662.76 |
| Checking # ***-*****63-66 | 0.00 | 149.32 | 0.00 |
| | $168,812.08 | $149.32 | $168,662.76 |

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Trustee's Attorneys** | | | |
| Yalden, Olsen & Willette | 0.00 | 3,110.00 | 3,110.00 |
| **Trustee's Accountants** | | | |
| **Trustee's Other Professionals** | | | |
| Dickerson Nieman Realty | 13,730.00 | 0.00 | 13,730.00 |
| **Debtor's Attorney** | | | |
| **Debtor's Accountant** | | | |
| **All Other Professionals** | | | |
| **TOTALS** | $ 13,730.00 | $ 3,110.00 | $ 16,840.00 |

**EXHIBIT F**

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| IN RE: <br> SMITH, MELISSA A. <br><br> RAPACZ, MELISSA A <br><br> Debtor(s) | CHAPTER 7 -- Liquidation <br><br> CASE NO. 07-72558 MB <br><br> HONORABLE MANUEL BARBOSA |
|---|---|

## DISTRIBUTION REPORT

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 22,875.56 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 145,787.20 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 0.00 |
| Surplus to Debtor: | $ 0.00 |

**TOTAL AMOUNT TO BE DISTRIBUTED:**   $ 168,662.76

**EXHIBIT D**

**DISTRIBUTION REPORTS**　　　　　　　　　　　　　　　　　　　　　　PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER**　　**CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $22,875.56 | 100.00% |
| **CLAIM NUMBER**　　**CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Yalden, Olsen & Willette | 3,110.00 | 3,110.00 |
| JOSEPH D. OLSEN | 12,804.96 | 12,804.96 |
| JOSEPH D. OLSEN | 6,960.60 | 6,960.60 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER**　　**CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                PAGE 2

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**

PAGE 3

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**       **CREDITOR** | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER**       **CREDITOR** | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER**       **CREDITOR** | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER**       **CREDITOR** | ALLOWED AMOUNT | DIVIDEND AMOUNT |

**DISTRIBUTION REPORTS**                                                                      PAGE 4

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $330,185.33 | 44.15% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 1 | Target National Bank | 8,094.90 | 3,574.15 |
| 2 | Discover Bank/DFS Services LLC | 291.28 | 128.61 |
| 3 | Chase Bank USA | 395.89 | 174.80 |
| 4 | Saxon Mortgage | 64,989.03 | 28,694.70 |
| 5 | Saxon Mortgage | 256,414.23 | 113,214.94 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                              PAGE 5

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                                  PAGE 6

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|

NONE.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:____11/17/08_                    s/s  Joseph D. Olsen_____
                                       JOSEPH D. OLSEN, Trustee