Case Name: SMITH, MELISSA A.
AKA RAPACZ, MELISSA A.
Case No:    07-72558

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 8, 2008        WILLIAM T. NEARY
                                        United States Trustee, Region 11

                            BY:   */s/ Carole J. Ryczek*
                                   CAROLE J. RYCZEK
                                   Attorney for the U.S. Trustee