## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>SMITH, MELISSA A.<br><br>RAPACZ, MELISSA A<br><br>Social Security/Employer Tax ID Number:<br>xxx-xx-9088 13-7601711<br>　　　　　　　Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-72558 MB<br><br>HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1.   NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on   January 26, 2009 at 9:30 a.m.

2.   The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 3,110.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 12,804.96 | |

**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 1 2 2008

KENNETH S. GARDNER, CLERK

BY_____
　　　　　　　DEPUTY CLERK

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 6,960.60 |
| DICKERSON & NIEMAN<br>Real Estate Broker | 13,730.00 | 13,730.00 |

4.   The Trustee's Final Report shows total:

    a.   Receipts      $ 191,099.28

    b.   Disbursements      $ 22,436.52

    c.   Net Cash Available for Distribution      $ 168,662.76

5.   In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $145,787.20, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $330,185.33.

6.   The debtor has been discharged.

7.   The Trustee proposed to abandon the following property at the hearing:

_____11/17/08_____      _s/s Joseph D. Olsen_____
DATE

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores          Page 1 of 1          Date Rcvd: Dec 12, 2008
Case: 07-72558               Form ID: pdf002         Total Served: 22


The following entities were served by first class mail on Dec 14, 2008.
db          +Melissa A. Smith,    4150 Brookstone Lane,    Bevidere, IL 61008-6722
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11696258    +American,    Post Office Box 182273,    Customer Service,    Columbus, OH 43218-2273
11696259    +Boone County Treasurer,    601 N. Main Street,    Belvidere, IL 61008-2600
11696260     Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
11696261    +Chase,    Post Office Box 15298,    Wilmington, DE 19850-5298
11832518     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11696262     Dell Financial Services,    Post Office Box 81577,    Austin, TX 78708-1577
11696264    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Cust. Ser. Dept./Mail Drop 1090G1,
              38 Fountain Square Plaza,    Cincinnati, OH 45263)
11696265    +Menards/Household Bank,    Attn: Bankruptcy,    Post Office Box 15521,    Wilmington, DE 19850-5521
11905196    +Saxon Mortgage,    1270 Northland Dr., Ste. 200,    Mendota Heights, MN 55120-1176
11901896    +Saxon Mortgage,    4708 Mercantile Dr.,    Fort Worth, TX 76137-3605
11696266     Saxon Mortgage,    Post Office Box 161489,    Ft. Worth, TX 76161-1489
11696267     Scholastic,    Post Office Box 6042,    Jefferson City, MO 65102-6042
11696268     Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317
11791318     Target National Bank,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11696269     Washington Mutual Card Services,    Post Office Box 9016,    Pleasanton, CA 94566-9016

The following entities were served by electronic transmission on Dec 13, 2008.
11696263     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2008 01:01:17     Discover Financial Services,
              Post Office Box 8003,    Hilliard, Ohio 43026
11795972     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2008 01:01:17
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11791551     E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2008 00:15:51
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                       TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11913403*   +Saxon Mortgage,    1270 Northland Dr., Ste. 200,    Mendota Heights, MN 55120-1176
                                                                                    TOTALS: 0, * 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2008**                    **Signature:** _Joseph Speetjens_